UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   Civil No.: 1:23-cv-03296

DMKA LLC,

                          Plaintiff,

    -against-                                        **NOTICE OF REMOVAL**

CHANDLER W T LLC, CHANDLER W T, CHANDLER W T, LLC, GILLY'S SPORTS BAR, GILLYS SPORTS BAR, GILLY'S, GILLYS, GILLY'S THE SPOT, GILLYS THE SPOT, THE SPOT, and WILLIE TYSON CHANDLER,

                          Defendants.
-----------------------------------------------------------------------x

TO: **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

      PLEASE TAKE NOTICE that defendants WILLIE TYSON CHANDLER and CHANDLER W T LLC (collectively, "Defendants"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully submit their Notice of Removal of this action from the Supreme Court of New York, County of Kings, in which this action is pending, to the United States District Court for the Eastern District of New York, being the district embracing the place where the action is pending.

In support of their Notice of Removal, Defendants state as follows:

      1.     On or about March 24, 2023, plaintiff DMKA LLC (henceforth, "Plaintiff") filed a lawsuit alleging breach of contract in the Supreme Court of New York, County of Kings, under Index No. 509115/2023. A true and complete copy of Plaintiff's Summons and Complaint is attached hereto as **Exhibit A.**

2.	On March 31, 2023, Plaintiff's Summons and Complaint was served on WILLIE TYSON CHANDLER, CHANDLER W T LLC, CHANDLER W T, CHANDLER W T, LLC, GILLY'S SPORTS BAR, GILLYS SPORTS BAR, GILLY'S, GILLYS, GILLY'S THE SPOT, GILLYS THE SPOT, and THE SPOT via certified mail delivered to WILLIE TYSON CHANDLER'S place of business at 4343 Dunwoody Park, Dunwoody, GA 30338.  *See* Plaintiff's Affidavit of Service, attached hereto as **Exhibit B**, at 4.

3.	Defendant WILLIE TYSON CHANDLER was, at the time of the filing of the original action in State Court, a resident and domiciliary of the State of Georgia.

4.	Defendant WILLIE TYSON CHANDLER is, at the time removal is sought from State Court to Federal Court, a resident and domiciliary of the State of Georgia.

5.	Defendant CHANDLER W T LLC was and is a Limited Liability Company organized and domiciled solely in the State of Georgia.

6.	Upon information and belief, the putative defendants identified in the Complaint as CHANDLER W T, CHANDLER W T, LLC, GILLYS SPORTS BAR, GILLY'S SPORTS BAR, GILLY'S, GILLYS, GILLY'S THE SPOT, GILLYS THE SPOT, and THE SPOT do not refer to separate, distinct, and cognizable legal entities, but rather, to WILLIE TYSON CHANDLER and/or CHANDLER W T LLC, the parties to the contract that is the subject of this action.  *See* Ex. A, p. 3-5.

7.	Upon information and belief, Plaintiff DMKA LLC was, at the time of filing of the commencement of the original action in State Court, a resident and domiciliary of New York.

8.	Upon information and belief, Plaintiff DMKA LLC is, at the time removal is sought from State Court to Federal Court, a resident and domiciliary of New York.

9.  This Notice of Removal is timely filed in that the Notice of Removal was filed on the first business day following the thirtieth calendar day after March 31, 2023, the date that Defendants first received a copy of Plaintiff's Summons and Complaint.  28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a)(1)(C); *cf.* Plaintiff's Affidavit of Service, attached hereto as **Exhibit B**, at 4.

10. Both Defendants consent to removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

11. A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, County of Kings, and served on all parties in accordance with 28 U.S.C. § 1446(d).

12. This Court has original jurisdiction over this action because there is complete diversity between the parties under 28 U.S.C. § 1332(a), and this action is removable to this Court pursuant to 28 U.S.C. § 1441(a)-(b).

13. There is complete diversity of citizenship between the Plaintiff and the Defendants in this action because Plaintiff alleged that it was organized and existing under the laws of the state of New York at the time of the commencement of the action in State Court, *see* Ex. A, ¶ 1, and the public records of the New York Department of State confirm that Plaintiff is an active New York Limited Liability Company as of the date of this Notice of Removal.[1]

14. Furthermore, upon information and belief, Plaintiff's amount in controversy exceeds the $75,000 threshold exclusive of interests and costs.  In its Complaint, Plaintiff requests judgment against Defendants in the amount of $102,195.00.  *See* Ex. A at 6.  Accordingly, there exists original jurisdiction in the District Court of the United States as provided in 28 U.S.C. Section 1332.

---

[1] Corp. & Bus. Entity Database, N.Y. Dept. of State, at https://apps.dos.ny.gov/publicInquiry/ (last accessed May 1, 2023).

15. No party to the Action will be prejudiced by removing this Action.

16. No prior similar relief has been sought from this Court.

17. Concurrent with or shortly after filing this Notice of Removal, Defendants will serve the Notice of Removal upon Plaintiff's attorney, and file a copy of this Notice of Removal with the Clerk of the Court for the Supreme Court of the State of New York, County of Kings.

18. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE,** defendants WILLIE TYSON CHANDLER and CHANDLER W T LLC respectfully request that this action be removed from the Supreme Court of New York, Kings County to the United States District Court, Eastern District of New York pursuant to 28 U.S.C. § 1441, and that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial.

Dated: May 1, 2023

                                                  Respectfully Submitted,

                                                  LAW OFFICE OF
                                                  LANE M. KAUDER, ESQ.

By:   */s/ Lane M. Kauder*
       Lane M. Kauder, Esq. (5672696)
       *Attorney for Defendants*
       WILLIE TYSON CHANDLER *and*
       CHANDLER W T LLC
       730 W Nyack Rd, Suite 1
       West Nyack, NY 10994
       T: (212) 390-8714

**VIA NY COURTS ELECTRONIC FILING TO:**
TO:   Douglas E. Robinson
       *Attorney for Plaintiff*
       122 E 42nd St, Room 2112
       New York, NY 10168
       douglas_e_robinson@yahoo.com