UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DMKA LLC,

        Plaintiff,                                 JUDGMENT
                                                                        23-cv-3296 (BMC)
      v.

CHANDLER W T LLC, et al.,

        Defendants.
------------------------------------------------------------ X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on February 2, 2024, granting the motion for default judgment; directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $102,510 plus $6142.50 in attorneys' fees for a total of $108,652.50; it is

      ORDERED and ADJUDGED that the motion for default judgment is granted; and that judgment is hereby entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $102,510 plus $6142.50 in attorneys' fees for a total of $108,652.50.

Dated: Brooklyn, NY                                                     Brenna B. Mahoney
       February 7, 2024                                              Clerk of Court

                                                                                  By: */s/Jalitza Poveda*
                                                                                             Deputy Clerk